IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARLES E LINDSEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-00947-CV-RK |
| KC RIDE, ATA, WILLIAM BARR, | ) |
| Defendants. | ) |

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's motion for leave to proceed in forma pauperis (i.e., without payment of fees). (Doc. 1.) The motion is governed by 28 U.S.C. § 1915(e)(2)(B), which provides that the Court shall dismiss the action if it "(i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." Here, the proposed complaint fails to state a claim. It is largely indecipherable. In the comprehensible parts, Plaintiff seems to be alleging that the Attorney General of the United States conspired with the President, the Secretary of the Army, the State of Missouri, and the local transportation authority to assault him and deny him compensation, employment, and government benefits. (Doc. 1-1.) However, Plaintiff does not allege any facts showing how he was injured or how any defendant is linked to any wrongful conduct.[1] Accordingly, Plaintiff's motion is **DENIED**, and the case is **DISMISSED**. The Court directs the Clerk's office to mail a copy of this Order to Plaintiff.

  **IT IS SO ORDERED.**

            s/ Roseann A. Ketchmark
            ROSEANN A. KETCHMARK, JUDGE
            UNITED STATES DISTRICT COURT

DATED: December 3, 2019

---

[1] The Court further notes that Plaintiff has previously filed multiple lawsuits against government officials, which have been summarily dismissed by other judges of this Court. *See, e.g.*, *Lindsey v. Holder*, No. 4:14-cv-517-HFS, Doc. 4 at 2 (W.D. Mo. June 18, 2014).